# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1837
Lower Tribunal No. F14-26627

_____

**Osman Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Gennaro Cariglio Jr., for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

*UPON MOTION TO REVIEW ORDER DENYING POST-TRIAL RELEASE*

Appellant, Osman Lopez, seeks review of a lower court order denying his amended motion for post-trial release pending appeal. We have jurisdiction. <u>See</u> Fla. R. App. P. 9.140(h)(4). As the State properly concedes, the trial court erred in failing to render written findings supporting the denial of bail. <u>See</u> Fla. R. Crim. P. 3.691(b); Fla. R. App. P. 9.140(h)(3). Accordingly, we grant the motion for review and reverse and remand with instructions for the court to reconsider the amended motion within three days of the date of this opinion. In doing so, the court shall examine the factors enunciated in <u>Younghans v State</u>, 90 So. 2d 308, 310 (Fla. 1956), and, in the event post-trial release is again denied, reduce its reasons to writing.

Reversed and remanded for further proceedings consistent with this opinion.